UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:22-cr-348-WFJ-JSS

18 U.S.C. § 113

JUAN VAZQUEZ

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Aggravated Assault)

On or about March 24, 2022, within the special maritime and territorial jurisdiction of the United States, on a foreign vessel during a voyage having a scheduled departure from and arrival in the United States, the defendant,

JUAN VAZQUEZ,

a national of the United States, did knowingly and intentionally assault another, that

is, S.M., a national of the United States, resulting in serious bodily injury.

In violation of 18 U.S.C. §§ 113(a)(6) and 7.



A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Gregory D. Pizzo
Assistant United States Attorney

By: _____
Rachelle DesVaux Bedke
Assistant United States Attorney
Chief, Economic Crimes Section

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

JUAN VAZQUEZ

## INDICTMENT

Violations: 18 U.S.C. § 113

A true bill/

_____
Foreperson

Filed in open court this 6th day

of October, 2022.

_____
Clerk

Bail $_____