# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:22-cr-348-WFJ-JSS | **DATE:** | October 12, 2022 |
| **HONORABLE ANTHONY E. PORCELLI** | | **INTERPRETER:** | James Plunkett sworn |
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN VAZQUEZ | | **LANGUAGE:** | spanish |
| | | **GOVERNMENT COUNSEL**<br>Greg Pizzo AUSA | |
| | | **DEFENSE COUNSEL**<br>Del Vitier AFPD | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Lynne Vito |
| **TIME** 1:04 to 1:20 | **TOTAL:** 16 MIN | **PRETRIAL:** | Vanessa Mendez |
| | | **COURTROOM:** | 10A |

**PROCEEDINGS: INITIAL APPEARANCE, ARRAIGNMENT AND BOND/DETENTION**

Arrested – 10/12/2022
Defendant provided a copy of the indictment.
Court summarizes the charges and advises Defendant of Rule 5 rights.
Oral motion to appoint an attorney.   Oral motion granted.   Court appoints Public Defenders office.

Bond:   Government. no seeking detention - $25,000 signature bond.
              Defendant: in agreement
Court:
<u>Standard conditions:</u> to appear in court in accordance with all notices, travel restricted to the MDFL and ED of Wisconsin; reside at current residence and cannot move without prior court approval; cannot commit another crime.
<u>Special conditions:</u>   1) Report to Pretrial Services as directed
2) Seek and maintain employment
3) Do not apply for a passport or any new travel documents (to include airline tickets for travel)
4) Travel restricted to the Middle District of Florida & ED of Wisconsin
5) Submit to substance abuse testing as directed, with costs to be borne by the defendant as determine by pretrial
6) Submit to substance abuse evaluation and treatment as directed with all cost to be borne by the defendant as directed by Pretrial Services
7) Not consume alcohol in excess
8) Submit to a mental health evaluation and any treatment deemed necessary to include psychiatric medications and treatment with all cost to be borne by the defendant as directed by Pretrial Services
9) Provided Pretrial Services with verification of satisfied outstanding warrant within 90 days

INDICTMENT FILED AND COPIED TO DEFENDANT
DEFENDANT WAIVED READING OF INDICTMENT

NOT GUILTY PLEA ENTERED AS TO ALL COUNTS
TRIAL TERM: December 2022 beginning week of December 5, 2022
STATUS CONFERENCE: November 10, 2022 at 11:00 am via telephone before WFJ

Oral motions for discovery. Oral motions for reciprocal discovery.
Government to provide Rule 16(a); Defendant to provide Rule 16(b).
Referred to Magistrate Judge Sneed for pretrial discovery order. Pretrial discovery order to be electronically filed.

Oral Order of Due Process.

Defendant released on bond