# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>Juan Vazquez | ) ) ) ) ) ) ) | Case No. 8:22 cv-348 WFJ |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Juan Vazquez,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Aggravated assault, in violation of 18 U.S.C. § 113.

Date: OCT - 7 2022

_Katrina M. Elliott_
Issuing officer's signature

City and state: Tampa, Florida

Printed name and title

---

**Return**

This warrant was received on *(date)* 10-11-22, and the person was arrested on *(date)* 10-12-22
at *(city and state)* TAMPA, FL.

Date: 10-12-22

Jeff R. Cobb   SIGN FOR FBI
Arresting officer's signature

Jeff R. Cobb, c IDNSN
Printed name and title