# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                   **Case No: 8:22-CR-348-WFJ-JSS**

**JUAN VAZQUEZ**
_____/

## DEFENDANT'S SECOND UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

Defendant Juan Vazquez, by and through undersigned counsel and pursuant to 18 U.S.C. §3142, and hereby moves this Court for an Order modifying his conditions of Pretrial Release. As grounds for this motion, Mr. Vazquez states the following:

Specifically, Mr. Vazquez respectfully requests the Court allow him, in coordination with and prior approval from his Pretrial Services officer, to be allowed to travel by car to 899 Westchester Ave., Apt. 803, Bronx, New York 10459 from December 22, 2022, through December 27, 2022, to celebrate the Christmas holiday. As grounds for this motion, Mr. Vazquez states the following:

1.    On October 6, 2022, Mr. Vazquez was charged by way of

Indictment with one count of knowingly and intentionally assaulting another resulting in serious bodily injury on a foreign vessel within the special maritime and territorial jurisdiction of the United States, in violation of 18 U.S.C. §§ 113(a)(6) and (7). (Doc 1).

2. On October 12, 2022, Mr. Vazquez made his initial appearance before the Court and was ordered released pending trial. (Docs. 11 & 20).

3. On October 18, 2022, This Court entered an Order setting the conditions of Mr. Vasquez's release. Among those conditions, this Court ordered Mr. Vasquez to satisfy any outstanding warrants including those from Wisconsin within 90 days of the Order. (Doc. 20).

4. On October 19, 2022, Mr. Vasquez began contacting the Public Defender for the State of Wisconsin, Racine County, Circuit Court for assistance. Unfortunately, the State Public Defenders informed Mr. Vasquez that they could not assist until they were appointed and that because the cost of living is substantially less in Wisconsin than Tampa, Florida, that he did not qualify for their services. However, the public defender sent Mr. Vasquez a financial affidavit to submit for their services from the Court.

5. On October 31, 2022, Mr. Vasquez and undersigned counsel

filled out the financial affidavit, notarized it and mailed it to the Court and to the Public Defender for the State of Wisconsin, Racine County Circuit Court.

6.      On or about November 18, 2022, the affidavit was mailed back to the Federal Defender's Office as undeliverable.

7.      On November 23, 2022, undersigned counsel mailed the original affidavit back to the correct address listed for the Wisconsin State Public Defender and provided a copy of the affidavit electronically to an email address provided by Wisconsin State Courts for the presiding Judge over Mr. Vasquez's misdemeanor cases. Undersigned counsel continues to check the Racine County Clerk website for a determination by the Court.

8.      As of the date of this filing, undersigned counsel has identified four open misdemeanor cases attributed to Mr. Vasquez in Racine County: 07CM700, 06CM3080, 06CM3084 & 06CM1656. Mr. Vasquez has been diligently working on resolving these misdemeanors but has not been able to for the reasons listed above.

9.      Pretrial services has informed Mr. Vazquez that although his

travel is restricted to the Middle District of Florida; he is required to obtain Court permission to travel outside of the Middle District of Florida.

10.     Mr. Vazquez respectfully requests the Court allow him, in coordination with and prior approval from his Pretrial Services officer, to modify the parameters of his monitoring so that he may travel by car to 899 Westchester Ave., Apt. 803, Bronx, New York 10459 from December 22, 2022 through December 27, 2022.

11.     If permission to travel is granted by this Court, Mr. Vazquez will advise his Pretrial Services Officer of his intended itinerary for the dates of travel.

12.     Undersigned counsel conferred with Mr. Gregory Pizzo, Assistant United States Attorney, regarding the relief sought in this motion. Mr. Pizzo represented he has no opposition to the pretrial release modification sought in this motion.

WHEREFORE, the Defendant, Mr. Vazquez respectfully requests the Court allow him, in coordination with and prior approval from his Pretrial Services officer, to travel outside of the Middle District of Florida to celebrate

the Christmas holiday. All other pretrial conditions of release will remain the same.

DATED this 5th day of December 2022.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

*/s/ Raudel Vitier*
Raudel Vitier, Esq.
Florida Bar No. 0077125
Assistant Federal Defender
400 N. Tampa Street
Suite 2700
Tampa, Florida 33602
Tel: (813) 228-2715
Fax: (813) 228-2562
Email: Del_Vitier@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of December 2022, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to:

Gregory Pizzo, AUSA

*/s/Raudel Vitier*
Raudel Vitier, Esq.
Assistant Federal Public Defender