UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:22-cr-348-WFJ-JSS

JUAN VAZQUEZ

## **STIPULATION OF THE PARTIES**

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, the defendant, and his undersigned counsel, hereby enter into the following stipulation of fact.

The parties stipulate that the acts alleged in Count One of the Indictment occurred on a foreign vessel during a voyage having a scheduled departure from, and arrival in, the United States, and within the special maritime jurisdiction of the United States or the territorial jurisdiction of the United States.

So stipulated this 30 day of December, 2022.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

_____
Raudel Vitier, Esq.
Assistant Federal Defender
400 N. Tampa Street, Suite 2700
Tampa, Florida 33602
FL Bar No. 0077125
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
E-mail: Del_Vitier@fd.org

_____
Gregory D. Pizzo
Assistant United States Attorney
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
FL Bar No. 41914
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Gregory.pizzo@usdoj.gov

_____
Juan Vazquez
Defendant