UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| CASE NO.: 8:22-cr-348-WFJ-JSS | DATE: January 10, 2023 |
|---|---|
| HONORABLE ANTHONY E. PORCELLI | Xavier Keough, spanish (sworn) |
| UNITED STATES OF AMERICA  v.  JUAN VAZQUEZ | GOVERNMENT COUNSEL: Gregory Davis Pizzo, AUSA  Carlos Figueroa, Pretrial |
| | DEFENDANT COUNSEL: Raudel Vitier, AFPD |
| COURT REPORTER: Digital | DEPUTY CLERK: Lynne Vito |
| TIME: 10:11 to 10:15 TOTAL: 4 Minutes | COURTROOM: 10A |

**PROCEEDINGS:** STATUS CONFERENCE

Court discusses with counsel what efforts have been made to date re: the outstanding warrants.

Defendant has been trying to resolve the 4 outstanding misdemeanors 2006 and 2007.

Contact has been made with the PD in Wisconsin; the defendant does not qualify for the PD in Wisconsin. Defendant must appear in person to resolve the outstanding warrants. Defendant is to appear on Feb 13 in Wisconsin.

Court satisfied the defendant is making efforts to handle the outstanding warrants.

The trial on this indictment is scheduled for Jan. 23.