UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                          Case No: 8:22-cr-348-WFJ-JSS

**JUAN VAZQUEZ**
_____/

## NOTICE OF APPEARANCE OF CO-COUNSEL

The Office of the Federal Public Defender has been appointed by the Court to represent the Defendant, **JUAN VAZQUEZ**, in the above-styled cause.

The Clerk is requested to enter the appearance of **STEPHEN CONSUEGRA**, Assistant Federal Defender, as co-counsel for the Defendant.

DATED this 13th day of January 2023.

                                        Respectfully submitted,

                                        A. FITZGERALD HALL, ESQ.
                                        FEDERAL DEFENDER

                                        ***/s/ Stephen Consuegra***
                                        Stephen Consuegra, Esq.
                                        Florida Bar No. 105816
                                        Assistant Federal Defender
                                        400 N. Tampa Street, Suite 2700
                                        Tampa, Florida 33602
                                        Telephone: (813) 228-2715
                                        Facsimile: (813) 228-2562
                                        E-mail: Stephen_Consuegra@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of January 2023, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to the following:

Gregory Davis Pizzo, AUSA

*/s/ Stephen Consuegra*
Stephen Consuegra, Esq.
Assistant Federal Defender